FILED
CLERK, U.S. DISTRICT COURT
5/01/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ASI___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>RAMI KHALED AHMED,<br>  aka "Black Kingdom,"<br><br>          Defendant. | CR 2:25-cr-00335-WLH<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 371: Conspiracy; 18 U.S.C. § 1030(a)(5)(A), (c)(4)(B)(i), (c)(4)(A)(i)(I): Intentional Damage to a Protected Computer; 18 U.S.C. § 1030(a)(7)(C), (c)(3)(A): Threatening Damage to a Protected Computer] |

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS AND DEFINITIONS

At all times relevant to this indictment:

1. Defendant RAMI KHALED AHMED, also known as ("aka") "Black Kingdom," ("AHMED") was a resident of Sana'a, Yemen.

2. Victim A was a construction consulting company headquartered in New Jersey.

3. Victim B was a school district in Pennsylvania.

4. Victim C was a health clinic located in Wisconsin.

5. Victim D was a regional steel service company headquartered in Tennessee.

6. Victim E was a medical billing services company headquartered in Encino, California, within the Central District of California.

7. Victim F was a ski resort located in Oregon.

8. "Malware" is malicious computer software intended to cause a victim computer to behave in a manner inconsistent with the intention of the owner or user of the victim computer, usually unbeknownst to that person.

9. "Ransomware" is a type of malware that infects a computer and encrypts some or all of the data or files on the computer, and then demands that the victim pay a ransom in order to decrypt and recover the files, or in order to prevent the hacker from distributing or destroying the data.

10. "Web Shell" is a computer program that enables an interactive text-based interface which can be remotely accessed over the internet, which is commonly used by malicious actors to gain unauthorized control over a web server.

COUNT ONE

[18 U.S.C. § 371]

1. The Grand Jury re-alleges and incorporate paragraphs 1 through 10 of the Introductory Allegations of this Indictment.

A. OBJECTS OF THE CONSPIRACY

2. Beginning on a date unknown to the Grand Jury, but no later than March 18, 2021, and continuing through at least June 22, 2023, in Encino, California, within the Central District of California, and elsewhere, defendant AHMED, together with others unknown to the Grand Jury, conspired and agreed with each other to knowingly cause the transmission of programs, information, codes, and commands, and as a result of such conduct, intentionally cause damage without authorization to protected computers, and specifically:

    a. to cause loss to one or more persons during a one-year period aggregating at least $5,000 in value, in violation of Title 18, United States Code, Section 1030(a)(5)(A), (c)(4)(B)(i), (c)(4)(A)(i)(I); and

    b. to transmit in interstate and foreign commerce, with the intent to extort money and other things of value, a communication containing a demand and request for money and other things of value in relation to damage to a protected computer, where such damage was caused to facilitate the extortion, in violation of Title 18, United States Code, Section 1030(a)(7)(C), (c)(3)(A).

B. MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE ACCOMPLISHED

3. The objects of the conspiracy were to be accomplished, in substance, as follows:

### Development and Dissemination of Malware

a. Defendant AHMED developed the Black Kingdom malware designed to acquire without authorization access to computer systems through a then-existing vulnerability in Microsoft's Exchange Server software. This malware was designed to primarily act as ransomware, which would intentionally impair without authorization the availability of the victims' data, programs, systems, and information.

b. Defendant AHMED then conducted automated scans of computer networks, both in the United States and elsewhere, to identify Microsoft Exchange Servers that had not been patched to address this software vulnerability and could therefore be penetrated.

c. When defendant AHMED identified a vulnerable Microsoft Exchange Server, defendant AHMED caused the transmission of malware designed to place a web shell on the compromised system without the knowledge or consent of the owners of the computer system.

### Use of Malware to Conduct a Ransomware Attack

d. Once a web shell had been placed on a potential victim's server, the Black Kingdom malware was designed to spread itself across that victim's internal network of computers.

e. If the target computer system was connected to the Internet, the Black Kingdom malware would then access a file repository stored at Mega.nz and use a username and password hard-coded into the Black Kingdom malware to obtain a dynamic encryption key.

    f. The Black Kingdom malware would then use this dynamic encryption key to encrypt all the files on the victim's compromised computer systems thus rendering them inaccessible to the victim.

Cyber-Enabled Extortions

    g. If the Black Kingdom malware was successful in encrypting the victim's computer system, it created a text file containing a ransom note giving the victim instructions about how to regain access to the victim's computer files and to prevent the data from being released to the public.

    h. The ransom note directed the victim to send $10,000 worth of Bitcoin, a type of cryptocurrency, to a cryptocurrency address ending in "b34FT" controlled by a coconspirator and to send proof of this payment to the email address support_blackkingdom2@protonmail[.]com (the Black Kingdom email).

    i. The ransom note stated that "[a]fter you submit the payment, the data will be removed from our servers, and the decoder will be given to you, so that you can recover all your files."

    j. If the Black Kingdom malware was unsuccessful in encrypting the victim's computer systems, it would leave a different text file ransom note telling the victim that the victim's files had been uploaded to Black Kingdom's servers and would be sold on a "Darknet website" if the ransom was not paid. The note also directed the victim to contact the Black Kingdom email and to send $10,000 in Bitcoin to the same cryptocurrency address ending in "b34FT."

    k. During the course of the conspiracy, the Black Kingdom conspirators caused the transmission of the Black Kingdom malware to approximately 1,500 computer systems in the United States and elsewhere.

C.   OVERT ACTS

4.   In furtherance of the conspiracy, and to accomplish its objects, defendant AHMED, together with others unknown to the Grand Jury, on or about the dates set forth below, committed and caused to be committed various overt acts, in the Central District of California and elsewhere, including, but not limited to, the following:

Overt Act No. 1: On an unknown date, but no later than March 18, 2021, defendant AHMED created the Black Kingdom malware which was designed to intentionally impair without authorization the availability of computer systems through a then-existing vulnerability in Microsoft's Exchange software.

### New Jersey

Overt Act No. 2: On an unknown date, but no later than March 18, 2021, defendant AHMED knowingly caused the transmission of the Black Kingdom malware to a computer system belonging to Victim A.

Overt Act No. 3: On March 18, 2021, defendant AHMED, through the Black Kingdom malware, encrypted data belonging to Victim A rendering them inaccessible.

Overt Act No. 4: On March 18, 2021, after the conspirators received $10,000 in Bitcoin from Victim A, defendant AHMED emailed a representative of Victim A to provide a purported decryption key.

### Pennsylvania

Overt Act No. 5: On an unknown date, but no later than March 18, 2021, defendant AHMED knowingly caused the transmission of the Black Kingdom malware to a computer system belonging to Victim B.

<u>Overt Act No. 6:</u> On March 18, 2021, defendant AHMED, through the Black Kingdom malware, encrypted data belonging to victim B rendering them inaccessible.

Wisconsin

<u>Overt Act No. 7:</u> On an unknown date, but no later than March 18, 2021, defendant AHMED knowingly caused the transmission of the Black Kingdom malware to a computer system belonging to Victim C.

<u>Overt Act No. 8:</u> On March 18, 2021, defendant AHMED, through the Black Kingdom malware, encrypted data belonging to Victim C rendering them inaccessible.

Tennessee

<u>Overt Act No. 9:</u> On an unknown date, but no later than March 20, 2021, defendant AHMED knowingly caused the transmission of the Black Kingdom malware to a computer system belonging to Victim D.

<u>Overt Act No. 10:</u> On March 20, 2021, defendant AHMED, through the Black Kingdom malware, encrypted data belonging to Victim D rendering them inaccessible.

California

<u>Overt Act No. 11:</u> On an unknown date, but no later than March 21, 2021, defendant AHMED knowingly caused the transmission of the Black Kingdom malware to a computer system belonging to Victim E.

<u>Overt Act No. 12:</u> On or about March 18, 2021, defendant AHMED, through the Black Kingdom Malware, encrypted data belonging to Victim E rendering them inaccessible.

Oregon

<u>Overt Act No. 13:</u> On an unknown date, but no later than June 21, 2023, defendant AHMED knowingly caused the transmission of the Black Kingdom malware to a computer system belonging to Victim F.

## COUNT TWO

[18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(B)(i), (c)(4)(A)(i)(I)]

On or about March 20, 2021, in Los Angeles County, within the Central District of California, and elsewhere, defendant RAMI KHALED AHMED, also known as ("aka") "Black Kingdom," ("AHMED"), knowingly caused the transmission of a program, information, code and command, and as a result of such conduct, intentionally caused damage without authorization to a protected computer, as that term is defined in Title 18, United States Code, Section 1030(e)(2)(B), owned by Victim E, thereby causing loss to one or more persons during a one-year period aggregating at least $5,000 in value.

COUNT THREE

[18 U.S.C. §§ 1030(a)(7)(C), (c)(3)(A)]

On or about March 20, 2021, in Los Angeles County, within the Central District of California, and elsewhere, defendant RAMI KHALED AHMED, also known as ("aka") "Black Kingdom," ("AHMED"), with intent to extort from Victim E money and other things of value, transmitted in interstate and foreign commerce, a communication containing a demand and request for money and other things of value in relation to damage to a protected computer, as that term is defined in Title 18, United States Code, Section 1030(e)(2)(B), belonging to Victim E, where such damage was caused to facilitate the extortion.

A TRUE BILL

/S/
Foreperson

BILAL A. ESSAYLI
United States Attorney

DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division

KHALDOUN SHOBAKI
Assistant United States Attorney
Chief, Cyber and Intellectual
Property Crimes Section

ALEXANDER S. GORIN
ANGELA C. MAKABALI
Assistant United States Attorneys
Cyber and Intellectual Property
Crimes Section